ERRATA

<u>United States v. Great American Insurance Company of New York</u>, Court No. 15-00047, Confidential Slip Op. 17-61, dated May 18, 2017.

Page 12: On line 2 of footnote 15, replace "$[[60,336.14]]" with "$60,336.14"

Page 13: On line 5 of footnote 15 (continued from page 12), replace "${[[60,336.14]]}" with "$60,336.14"

Page 14: On line 1 of footnote 18, replace "$[[60,336.14]]" with "$60,336.14"

Page 14: On line 2 of footnote 18, replace "$[[398.02]]" with "$398.02"

Page 44: On line 4 of footnote 44, replace "$[[398.02]]" with "$398.02"

May 31, 2017